UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
SOUTHERN DISTRICT OF MISSISSIPPI
Jackson, Mississippi

February 29, 2012

J. T. Noblin
CLERK

500 E. Court St., Suite 2.500
Jackson, MS  39201

Mailing Address:
P. O. Box 23552
Jackson, MS  39225-3552

TELEPHONE
(601) 608-4000

DIVISIONS
SOUTHERN at Gulfport
2012 15th Street, Suite 403
Zip 39501

HATTIESBURG at Hattiesburg
701 Main St., Suite 200 Zip 39401

JACKSON at Jackson (601) 965-4439
501 E. Court St., Suite 2.500  Zip 39201

EASTERN & WESTERN at Jackson
501 E. Court St., Suite 2.500  Zip 39201

Clerk of Court
United States Court of Appeals, Fifth Circuit
600 S. Maestri Place
New Orleans, Louisiana  70130

Re:  USA v. James Smith   USDC No. 3:10cr53 and USCA No. 11-60828

Dear Clerk of Court:

In connection with this appeal the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

X    Record on appeal, consisting of __1__ volume(s) of the electronic record;  __7__ volume(s) of the electronic transcript;  1 envelope containing electronic sealed/restricted pleadings;  1envelope containing  electronic  Pre-Sentence Report  and __1__ box (s) of original exhibits.

☐    Supplemental record, including updated docket entries.

☐    Other:  KEYBOARD().

Yours very truly,

*[signature]*
Deputy Clerk

Enc.